IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
HAWK VALLEY, INC.,                        )
  A Pennsylvania Corporation,             ) Civil Action
  Individually and as the                 ) No. 10-cv-00804
  Representative of a Class of            )
  Similarly Situated Persons,             )
                                          )
            Plaintiffs                    )
                                          )
        vs.                               )
                                          )
ELAINE G. TAYLOR;                         )
ENVIRONMENTAL PROCESS SYSTEMS, INC.; and  )
JOHN DOES 1-10,                           )
                                          )
            Defendants
```

O R D E R

NOW, this 10th day of May, 2011, upon consideration of the attached letter request from counsel for defendants Elaine G. Taylor and Environmental Process Systems, Inc., which letter request was presented May 6, 2011; it appearing that defendants seek leave to file a reply brief to plaintiff's response in opposition to defendants' motion to dismiss filed April 14, 2011; it appearing that defendants' proposed reply brief may be helpful to disposition of the underlying motion to dismiss,

IT IS ORDERED that the request for leave to file a reply brief is granted.

IT IS FURTHER ORDERED that defendants Elaine G. Taylor and Environmental Process Systems, Inc. shall have until on or before May 31, 2011 to file and serve a reply brief, not to exceed seven pages without prior leave of court, to address the issues proposed in the attached letter.

BY THE COURT:

/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge