IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAWK VALLEY, INC., a Pennsylvania Corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) |
| Plaintiff, | ) No. 5:10-cv-00804 ) |
| v. | ) Judge James Knoll Gardner ) |
| ELAINE G. TAYLOR, ENVIRONMENTAL PROCESS SYSTEMS INC., and JOHN DOES 1-10, | ) Magistrate Henry S. Perkin ) ) |
| Defendants. | ) |

**NOTICE OF FILING SETTLEMENT SIGNATURE
OF DEFENDANT ENVIRONMENTAL PROCESS SYSTEMS, INC.**

PLEASE TAKE NOTICE that, on January 29, 2015, I caused to be filed with the Clerk of the United States District Court for the Eastern District of Pennsylvania, the attached signature page, which Plaintiff received after submitting the motion for preliminary approval of settlement with attached Settlement Agreement (Doc. 185-2.)

Dated: January 29, 2015

Respectfully submitted,

HAWK VALLEY, INC.

By: /s/ Alan C. Milstein
     One of its attorneys

Alan C. Milstein
Sherman, Silverstein, Kohl, Rose & Podolsky
308 Harper Dr., Ste. 200
Moorestown, NJ 08057
Telephone: 856-662-0700
amilstein@shermansilverstein.com

Phillip A. Bock (pro hac vice)
Bock & Hatch, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
Telephone: 312-658-5500
phil@bockhatchllc.com

Brian J. Wanca (pro hac vice)
David M. Oppenheim (pro hac vice)
Anderson + Wanca
3701 Algonquin Rd., Ste. 760
Rolling Meadows, IL 60008
Telephone: 847-368-1500

1

IN WITNESS WHEREOF, the Parties have caused this Settlement Agreement to be executed on the date set forth beside their respective signatures.

DATED: _____  HAWK VALLEY, INC., on behalf of itself and the Class

By: _____

Its: _____

DATED: _____  ENVIRONMENTAL PROCESS SYSTEMS, INC.

By: *Aaron Sier* (signature)

Its: PRESIDENT

DATED: _____  ELAINE G. TAYLOR

By: _____

Its: _____

DATED: _____  NATIONWIDE MUTUAL INSURANCE COMPANY

By: _____

Its: _____

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that this Notice of Filing was filed on January 29, 2015, using the Court's CM/ECF system, which automatically serves a copy on each counsel of record.

                                                         /s/ Alan C. Milstein