<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | |
|---|---|
| HAWK VALLEY, INC., )<br>Individually and as a Representative )<br>of a Class of Similarly Situated )<br>Persons, )<br>   )<br>            Plaintiff )<br>   )<br>       vs. )<br>   )<br>ELAINE G. TAYLOR, )<br>ENVIRONMENTAL PROCESS SYSTEMS, INC., )<br>and JOHN DOES 1-10, )<br>   )<br>            Defendants ) | Civil Action<br>No. 10-cv-00804 |

<u>**O R D E R**</u>

NOW, this 6th day of August, 2015, upon consideration of Plaintiff's Motion for Summary Judgment filed October 20, 2014 (Document 170); it appearing that, at the conclusion of a fairness hearing held before me this date concerning the proposed class settlement of this matter, I granted final approval of the parties' Settlement Agreement[1] and signed a Final Order and Judgment,

<u>IT IS ORDERED</u> that Plaintiff's Motion for Summary Judgment is dismissed as moot.

<u>IT IS FURTHER ORDERED</u> that the Clerk of Court shall mark this case closed for statistical purposes.

                              BY THE COURT:


                              /s/ JAMES KNOLL GARDNER
                              James Knoll Gardner
                              United States District Judge

---

[1] <u>See</u> Exhibit A to Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and Notice to the Class, which motion and exhibit were filed January 27, 2015 (Document 185 and 185-2, respectively).